GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC

THE BARRY LAW FIRM
David N. Barry, Esq. (SBN 219230)
Logan Pascal, Esq. (SBN 324733)
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff ALAN MENDEZ

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALAN MENDEZ, an individual,

    Plaintiff,

vs.

FCA US LLC, a Delaware Limited Liability Company,

    Defendants.

Case No 2:20-cv-06563 JFW(GJSx)

**ORDER RE STIPULATION TO DISMISS THIRD CAUSE OF ACTION WITHOUT PREJUDICE AND STRIKE REQUEST FOR PUNITIVE DAMAGES**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** Plaintiff's, ALAN MENDEZ, cause of action for fraudulent inducement-concealment be dismissed and is hereby dismissed without prejudice.

**IT IS HEREBY ORDERED** Plaintiff's request for punitive damages be stricken from his Complaint.

**IT IS SO ORDERED**.

Date: November 16, 2020

_____
Honorable John F. Walter
United States District Court